AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>KOFFI B. AMEYAPOH<br><br>Defendant(s) | )<br>)<br>) Case No. 1:17MJ410<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 7, 2017__ in the county of __Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC § 1253(a)(1)(C) | The defendant did connive, conspire, and take any other action, designed to prevent and hamper and with the purpose of preventing and hampering his departure from the United States. |

This criminal complaint is based on these facts:
(See attached affidavit.)

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Jonathan Fahey/ Nathan Taran

*#7017*
*Complainant's signature*

Matthew R. Schautz, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/8/17

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*